## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Susan Spitalnik

                         Plaintiff,

v.                                       Case No.: 1:25–cv–08868
                                       Honorable Matthew F. Kennelly

McKinsey & Company, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 6/9/2026. Oral argument heard regarding the defendants' motion to compel [46]. Defendants' motion to compel [46] is granted in part for the reasons stated on the record. Plaintiff's counsel is to produce the records of Dr. Mayam Siddiqui for 6 months before and 3 months after 7/9/2023. The production is to be made by 6/23/2026. bMailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.